784

No. 609.   DANA ET AL. *v.* DUNCAN, TRUSTEE, ET AL.;
and

No. 610.   EQUITABLE OFFICE BUILDING 1913 Co., INC.
*v.* DUNCAN, TRUSTEE, ET AL.   On petitions for writs of
certiorari to the Circuit Court of Appeals for the Second
Circuit.   November 25, 1946.   So much of the respective
petitions for certiorari in these cases as asks for a writ to
review the order of the United States District Court for
the Southern District of New York is denied.   *Herbert
J. Jacobi* for petitioners in No. 609.   *Stuart McNamara*
and *Charles Green Smith* for petitioner in No. 610.   *John
Gerdes, W. Randolph Montgomery, George T. Barker,
Emanuel Redfield, Edward J. Ennis, Frank R. Bruce,
Francis J. Quillinan* and *Sidney R. Nussenfeld* for the
Debenture Holders, respondents.   *Acting Solicitor General
Washington, Roger S. Foster, Robert S. Rubin,
George Zolotar* and *Myer Feldman* filed a memorandum
for the Securities & Exchange Commission.

No. 589.   EBLING BREWING Co., INC. *v.* PORTER, PRICE
ADMINISTRATOR.   November 25, 1946.   Petition for writ
of certiorari to the United States Emergency Court of
Appeals denied.   *Herman Horowitz* for petitioner.   *Acting
Solicitor General Washington, Richard H. Field, Carl
A. Auerbach, William R. Ming, Jr.* and *Seymour Friedman*
for respondent.

No. 605.   TREW *v.* GARVEY, SECRETARY OF STATE.   November
25, 1946.   Petition for writ of certiorari to the
Supreme Court of Arizona denied.   *Henderson Stockton*
for petitioner.   *John L. Sullivan,* Attorney General of
Arizona, for respondent.